# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| CRISTINA VINSON <br> *Plaintiff* <br> v. <br> COMCAST CORPORATION, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 0:24-cv-02613-NEB-ECW <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TrueAccord Corp.

Date: 07/30/2024

/s/ Matthew B. Johnson
*Attorney's signature*

Matthew B. Johnson
*Printed name and bar number*

49 W. Jericho Turnpike, #1004
Huntington, NY 11746
*Address*

mjohnson@messerstrickler.com
*E-mail address*

(646) 718-4403
*Telephone number*

(312) 334-3473
*FAX number*