**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CRISTINA VINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 0:24-cv-02613-NEB-ECW |
| | ) |
| COMCAST CORPORATION, et al., | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE PLEAD**

Defendant, TrueAccord Corp. ("TrueAccord"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the agreement of Plaintiff, respectfully requests that this Court grant it a twenty-one (21) day extension of time, up to and including August 20, 2024, to file its responsive pleading to Plaintiff's Complaint, and in support of which states as follows:

1. Plaintiff commenced this action on July 2, 2024, alleging violation(s) of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq. See generally* Dkt #1.

2. TrueAccord was served on July 9, 2024, making its responsive pleading due July 30, 2024. *See* Dkt. #4.

3. The undersigned attorney and law firm were only recently retained in this matter and desire additional time to investigate the claims before filing a responsive pleading.

4. This is TrueAccord's first request for additional time to respond to the Complaint.

5. This motion is made for good cause, not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

1

6.      In anticipation of filing this motion, the undersigned attorney for TrueAccord conferred with Plaintiff's counsel regarding the relief sought herein. Plaintiff's counsel confirmed that Plaintiff does not oppose the requested extension.

WHEREFORE, Defendant TrueAccord Corp. respectfully requests this Honorable Court grant it an extension of time, up to and including August 20, 2024, to file a responsive pleading to Plaintiff's Complaint and for such other and further relief as this Court deems just.

Respectfully submitted,

**TRUEACCORD CORP.**

*/s/ Matthew B. Johnson*
Matthew B. Johnson
49 W. Jericho Turnpike, #1004
Huntington, NY 11746
Tel.: (646) 718-4403
Fax: (312) 334-3473
mjohnson@messerstrickler.com
*Attorney for Defendant*
*TrueAccord Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 30, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Matthew B. Johnson*
Matthew B. Johnson
*Counsel for Defendant*
*TrueAccord Corp.*