UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CRISTINA VINSON, | Case No. 24-CV-2613 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| TRUEACCORD CORP. and COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on January 23, 2025 (ECF No. 38), IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE and each party shall bear their own costs and attorneys' fees.

Dated: January 23, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge